**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 21, 2004**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-50519
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE FRAUSTO-GARCIA, also known
as Antonio Segura-Lopez,

Defendant-Appellant,

CONSOLIDATED WITH
NO. 04-50520

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

Antonio Segura-Lopez,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:03-CR-2300-ALL-DB
---------------------

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Jorge Frausto-Garcia concedes that the arguments raised are foreclosed by

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

circuit precedent but seeks to preserve them for further review.
The Government has moved for summary affirmance in lieu of filing
an appellee's brief.  The motion is GRANTED, and the judgment of
the district court is AFFIRMED.